UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2025
```

------------------------------------------------------------- X

UNITED STATES OF AMERICA,       :
     :
        -against-       :
     :
DEJON JACKSON,       :          1:25-cr-230-GHW
     :
           Defendant.       :          <u>ORDER</u>

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Trial in this matter will commence on Monday, March 23, 2026 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Pretrial motions by Defendant are due no later than October 6, 2025. The Government's oppositions to any defense motions are due no later than the date that is two weeks following the date of service of Defendant's motion. Defendant's replies, if any, are due no later than the date that is one week following the date of service of the Government's opposition. The Court will hold a hearing on any defense motions necessitating a hearing on December 15, 2025 at 10:00 a.m.

Expert disclosures by the United States required pursuant to Fed. R. Crim. P. 16 are due no later than January 5, 2026. Expert disclosures by the defendant required pursuant to Fed. R. Crim. P. 16 are due no later than January 19, 2026.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than January 26, 2026. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The

Court will hold a final pretrial conference in this matter on March 2, 2026 at 10:00 a.m.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than January 26, 2026. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated: August 15, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge