```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                :
                                         :
          -against-                      :
                                         :
DEJON JACKSON,                           :            1:25-cr-230-GHW
                                         :
               Defendant.                :                ORDER
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On August 15, 2025, the Court ordered that any pretrial motions by Defendant must be filed no later than October 6, 2025. Dkt. No. 13. The Court scheduled a hearing date with respect to any such motions for December 15, 2025 at 10:00 a.m. *Id.*

Defendant did not file any pretrial motions by the deadline established by the Court. No request was made to extend that deadline. The Court understands that there will be no such motions. As a result, there is no need for the hearing scheduled for December 15, 2025. That hearing is adjourned *sine die*. All other deadlines contained in the Court's August 15, 2025 order remain in full force and effect.

SO ORDERED.

Dated: October 7, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge