UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,     :

     :

    -against-     :

     :

DEJON JACKSON,     :     1:25-cr-230-GHW

     :

        Defendant.    :     ORDER

------------------------------------------------------------ X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/12/2025

GREGORY H. WOODS, United States District Judge:

A status conference in this matter will take place on February 26, 2026 at 10:00 a.m. The conference will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

The trial scheduled to begin on March 23, 2026 at 9:00 a.m. is adjourned *sine die*. The deadlines for pretrial submissions set forth in the Court's August 15, 2025 order, Dkt. No. 13, are also adjourned *sine die*.

The Clerk of Court is directed to terminate Ms. Heller from the list of active counsel in this case.

SO ORDERED.

Dated: December 12, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge