UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,               :
                                        :
         -against-                      :
                                        :
DEJON JACKSON,                          :            1:25-cr-230-GHW
                                        :
                      Defendant.        :            ORDER
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2026

GREGORY H. WOODS, United States District Judge:

A change of plea hearing in this matter will take place on February 12, 2026 at 12:00 p.m.

The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse,

New York, New York 10007.  The parties are directed to appear for the hearing as scheduled unless

otherwise ordered by the Court.

SO ORDERED.

Dated:  February 9, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge