UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                          :
                                                   :
            -against-                              :
                                                   :
DEJON JACKSON,                                     :            1:25-cr-230-GHW
                                                   :
                        Defendant.    :            ORDER
------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 2/12/2026 |

GREGORY H. WOODS, United States District Judge:

The change of plea hearing in this matter scheduled for February 12, 2026 at 12:00 p.m. is

adjourned to February 12, 2026 at 2:00 p.m.  The hearing will take place in Courtroom 12C, Daniel

Patrick Moynihan United States Courthouse, New York, New York 10007.  The parties are directed

to appear for the hearing as scheduled unless otherwise ordered by the Court.

        SO ORDERED.

Dated:  February 12, 2026
New York, New York

                                    _____
                                        GREGORY H. WOODS
                                        United States District Judge